FILED
DEC 0 3 2007
12-3-207
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHP
NF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARGENTUM MEDICAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>NOBLE BIOMATERIALS, and<br>DERMA SCIENCES, INC.<br><br>Defendants. | 07CV6769<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE COLE |

## NOTICE OF CLAIMS INVOLVING PATENTS

Pursuant to Local Rule 3.4 of the Rules of the United States District Court for the Northern District of Illinois, Plaintiff, Argentum Medical, LLC, hereby provides the following information regarding the above-captioned patent infringement action.

1. <u>Names And Addresses Of The Parties</u>:

Plaintiff:

Argentum Medical, LLC
240 81ST Street
Willowbrook, Illinois 60527

Defendants:

Noble Biomaterials
300 Palm Street
Scranton, Pennsylvania 18505

Derma Sciences, Inc.
214 Carnegie Center, Suite 100
Princeton, New Jersey 08540

2. <u>Patent Involved In This Action:</u>

The patent involved in this action is:

United States Letters Patent No. 7,230,153 B2, entitled "Multilayer Conductive Appliance Having Wound Healing And Analgesic Properties" issued on June 12, 2007.

3. <u>Named Inventor Of The Patent-In-Suit:</u>

A. Bart Flick is the named inventor of U.S. Patent No. 7,230,153 B2.

Dated: November 30, 2007

        Respectfully submitted,
        Argentum Medical, LLC

        /s/ Keith V. Rockey
        KEITH V. ROCKEY (ID #02360624)
        KATHLEEN A. LYONS (ID #06186939)
        JOSEPH A. FUCHS (ID #06201132)
        AVANI MACALUSO (ID #06280832)
        Rockey, Depke, & Lyons, LLC
        Sears Tower, Suite 5450
        233 South Wacker Drive
        Chicago, Illinois 60606
        Telephone: 312-277-2006
        Facsimile: 312-441-0570

        Attorneys for the Plaintiff