FILED

DEC 0 3 2007

12-3-2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ARGENTUM MEDICAL, LLC

        Plaintiff,

        v.

NOBLE BIOMATERIALS, and
DERMA SCIENCES, INC.

        Defendants.

07CV6769
JUDGE LINDBERG
MAGISTRATE JUDGE COLE

)
)
)
)
)
)

## DISCLOSURE STATEMENT OF
## ARGENTUM MEDICAL, LLC UNDER
## FED.CIV.P. RULE 7.1 AND LOCAL RULE 3.2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules for the Northern District of Illinois, Plaintiff, Argentum Medical, LLC, hereby states that it does not have any parent corporation, and no publicly held entity owns five (5) percent or more of the stock of Argentum Medical, LLC.

Respectfully submitted,
Argentum Medical, LLC

KEITH V. ROCKEY (ID #02360624)
KATHLEEN A. LYONS (ID #06186939)
JOSEPH A. FUCHS (ID #06201132)
AVANI MACALUSO (ID #06280832)
Rockey, Depke, & Lyons, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-277-2006
Facsimile: 312-441-0570

Attorneys for the Plaintiff

Dated this 30th day of November, 2007.

2