AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ARGENTUM MEDICAL, LLC

V.

NOBLE BIOMATERIALS and
DERMA SCIENCES, INC.

CASE: 07CV6769
ASSIGNED JUDGE: JUDGE LINDBERG
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

Derma Sciences, Inc.
c/o Edward J. Quilty, Chairman, President and CEO
214 Carnegie Center
Suite 100
Princeton, NJ 08540

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith V. Rockey
Rockey, Depke & Lyons, LLC
233 S. Wacker Dr., Sears Tower Suite 5450
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 03 2007

DATE

# Affidavit of Process Server

| Argentum Medical, LLC | vs | Noble Biomaterials, et al. | 07CV6769 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I **Danny Callahan**,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Derma Sciences, Inc**
                        NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage
☑ **Summons and Complaint**

by serving (NAME) **Derma Sciences**

at ☐ Home _____
☑ Business **214 Carnegie Center, Ste 300 Princeton, NJ**
☐ on (DATE) **2/7/08** at (TIME) **3:27 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☑ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **John Yetter, Vice President of Finance**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address         ☐ Evading                              ☐ Other: _____
☐ Address Does Not Exist     ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME,
( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☑ Male           ☑ White Skin    ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
☐ Female         ☐ Black Skin    ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
                 ☐ Yellow Skin   ☐ Blond Hair                  ☐ 36-50 Yrs.   ☐ 5'4"-5'8"    ☐ 131-160 Lbs.
                 ☐ Brown Skin    ☑ Gray Hair    ☐ Mustache     ☑ 51-65 Yrs.   ☑ 5'9"-6'0"    ☑ 161-200 Lbs.
☐ Glasses        ☐ Red Skin      ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ **New Jersey**   County of ~~Cook~~ **Bergen**

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this **8th** day of **February**, 2008

NOTARY PUBLIC
DONNA JEAN ARCIUOLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/27/12

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.