AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ARGENTUM MEDICAL, LLC

V.

NOBLE BIOMATERIALS and
DERMA SCIENCES, INC.

07CV6769
JUDGE LINDBERG
MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

Noble Biomaterials
300 Palm Street
Scranton, PA  18505

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith V. Rockey
Rockey, Depke & Lyons, LLC
233 S. Wacker Dr., Sears Tower Suite 5450
Chicago, IL  60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 03 2007

DATE

# Affidavit of Process Server

07CV6769

**Argentum Medical LLC** vs **Noble Biomaterials & Derma Sciences, Inc.**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I _____,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Noble Biomaterials_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage
☒ _Summons & Complaint and demand for jury trial._

by serving (NAME) __Jim Walsh        CEO__

at  ☐ Home _____
☒ Business __300 Palm Street  Scranton PA.  18505__
☒ On (DATE) __February 19, 2008__  at (TIME) __1:50PM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Jim Walsh   CEO__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address      ☐ Evading         ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )____, ( )____, ( )____
DATE  TIME              DATE  TIME              DATE  TIME
( )____, ( )____, ( )____
DATE  TIME              DATE  TIME              DATE  TIME

**Description:**
☒ Male         ☒ White Skin      ☐ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
☐ Female       ☐ Black Skin      ☐ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
               ☐ Yellow Skin     ☐ Blond Hair                   ☒ 36-50 Yrs.   ☐ 5'4"-5'8"    ☐ 131-160 Lbs.
               ☐ Brown Skin      ☒ Gray Hair     ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses      ☐ Red Skin        ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs. ☒ Over 6'      ☒ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _glasses_

State of Illinois   County of Cook

SERVED BY
LASALLE PROCESS SERVERS
Francis R. Hedglin

Subscribed and sworn to before me,
a notary public, this __20th__ day of __February__, 20 __08__

_Patricia L M Mongiello_
NOTARY PUBLIC

NOTARIAL SEAL
PATRICIA L M MONGIELLO
Notary Public
DUNMORE BOROUGH, LACKAWANNA COUNTY
My Commission Expires Apr 1, 2010

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.