IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Argentum Medical, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>Noble Biomaterials and<br>Derma Sciences, Inc.,<br><br>         Defendants. | No. 07 CV 6769<br><br>Judge George W. Lindberg<br>Magistrate Judge Cole |

### Defendant Derma Sciences, Inc.'s Motion to Dismiss or Transfer

Defendant Derma Services, Inc. ("Derma") respectfully requests that this Court dismiss Plaintiff Argentum Medical LLC's ("Argentum") patent infringement complaint against Derma pursuant to Federal Rule of Civil Procedure 12(b)(6). Argentum's Complaint failed to name or describe any product that allegedly infringed its patent. Instead, Argentum avers, on information and belief, that Derma infringed U.S. Patent No. 7,230,153 (the "'153 patent")—nothing more. As explained in Derma's memorandum of law in support of this Motion, Argentum's vague claim does not satisfy even the liberal federal notice pleading requirements. Therefore, Derma respectfully requests that the Court dismiss Argentum's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

In the alternative, Derma respectfully requests that the Court transfer this case to the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1404(a). Argentum's infringement allegations have little connection to this judicial district. The accused infringers and their key employees are located in Pennsylvania and New Jersey. Moreover, the inventor and the owner of the '153 patent reside in Georgia. Therefore, if the Court does not dismiss this case, Derma respectfully requests that the Court transfer this case to the Middle District of Pennsylvania

pursuant to 28 U.S.C. § 1404(a).

Derma has filed a memorandum of law in further support of this Motion.


Dated:  February 26, 2008             */s Arthur Gollwitzer III*

                              Martin L. Stern (02727307)
                                mlstern@michaelbest.com
                              Arthur Gollwitzer III (06225038)
                                agollwitzer@michaelbest.com
                              Christopher R. Parker (06270398)
                                crparker@michaelbest.com
                              MICHAEL BEST & FRIEDRICH LLP
                              Two Prudential Plaza
                              180 North Stetson Ave., Ste 2000
                              Chicago, IL  60601
                              Telephone: 312.222.0800

                              ***Attorneys for Defendant Derma Sciences, Inc.***

**Certificate of Service**

I, Arthur Gollwitzer III, an attorney of record in this matter, certify that on February 26, 2008, I cause a copy of the following documents:

**Defendant Derma Sciences, Inc.'s Motion to Dismiss or Transfer;**

**Memorandum in Support of Derma Sciences, Inc.'s Motion to Dismiss or Transfer;**

and

**Defendant Derma Sciences, Inc.'s Notice of Motion to Dismiss or Transfer**

to be filed by electronic (ECF) filing, which provides service for the following counsel of record by e-mail delivery:

**Attorneys for Plaintiff Argentum Medical, LLC**

Keith V. Rockey
Kathleen A. Lyons
Joseph A. Fuchs
Avani Macaluso
Rockey, Depke, & Lyons, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, Illinois 60606

   /s Arthur Gollwitzer III
   Arthur Gollwitzer III