IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Argentum Medical, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Noble Biomaterials and<br>Derma Sciences, Inc.,<br><br>　　　　Defendants. | No. 07 CV 6769<br><br>Judge George W. Lindberg<br>Magistrate Judge Cole |

**Defendant Derma Sciences, Inc.'s Notice of Motion to Dismiss or Transfer**

TO:　　Keith V. Rockey
　　　　Kathleen A. Lyons
　　　　Joseph A. Fuchs
　　　　Avani Macaluso
　　　　Rockey, Depke, & Lyons, LLC
　　　　Sears Tower, Suite 5450
　　　　233 South Wacker Drive
　　　　Chicago, Illinois  60606

　　　PLEASE TAKE NOTICE that at 9:30 a.m. on Wednesday, March 5, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge George W. Lindberg, or any judge sitting in his stead, in the courtroom usually occupied by him, in the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, Illinois, to present **Defendant Derma Sciences, Inc.' Motion to Dismiss or Transfer**.

Dated:  February 26, 2008　　　　　　　/s Arthur Gollwitzer III
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　Martin L. Stern (02727307)
　　　　　　　　　　　　　　　　　　　 mlstern@michaelbest.com
　　　　　　　　　　　　　　　　　　Arthur Gollwitzer III (06225038)
　　　　　　　　　　　　　　　　　　　 agollwitzer@michaelbest.com
　　　　　　　　　　　　　　　　　　Christopher R. Parker (06270398)
　　　　　　　　　　　　　　　　　　　 crparker@michaelbest.com
　　　　　　　　　　　　　　　　　　MICHAEL BEST & FRIEDRICH LLP
　　　　　　　　　　　　　　　　　　Two Prudential Plaza
　　　　　　　　　　　　　　　　　　180 North Stetson Ave., Ste 2000
　　　　　　　　　　　　　　　　　　Chicago, IL  60601
　　　　　　　　　　　　　　　　　　Telephone: 312.222.0800

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Derma Sciences, Inc.*

**Certificate of Service**

I, Arthur Gollwitzer III, an attorney of record in this matter, certify that on February 26, 2008, I cause a copy of the following documents:

**Defendant Derma Sciences, Inc.'s Motion to Dismiss or Transfer;**

**Memorandum in Support of Derma Sciences, Inc.'s Motion to Dismiss or Transfer;**

and

**Defendant Derma Sciences, Inc.'s Notice of Motion to Dismiss or Transfer**

to be filed by electronic (ECF) filing, which provides service for the following counsel of record by e-mail delivery:

**Attorneys for Plaintiff Argentum Medical, LLC**

Keith V. Rockey
Kathleen A. Lyons
Joseph A. Fuchs
Avani Macaluso
Rockey, Depke, & Lyons, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, Illinois 60606

　　　　　　　　　　　　　　　　　　　　*/s Arthur Gollwitzer III*
　　　　　　　　　　　　　　　　　　　　Arthur Gollwitzer III