U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number: 07-6769
ARGENTUM MEDICAL, LLC
v.
NOBLE BIOMATERIALS and
DERMA SCIENCES, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Derma Sciences, Inc.

| NAME (Type or print) |  |
|---|---|
| Christopher R. Parker |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Christopher R. Parker |  |
| FIRM |  |
| Michael Best & Friedrich LLP |  |
| STREET ADDRESS |  |
| 180 N. Stetson Avenue, Suite 2000 |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60601 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06270398 | 312 222-0800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |  |