IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Argentum Medical, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Noble Biomaterials and<br>Derma Sciences, Inc.,<br><br>    Defendants. | No. 07 CV 6769<br><br>Judge George W. Lindberg<br>Magistrate Judge Cole |

**Defendant Derma Sciences, Inc.'s Disclosure Statement**

Defendant Derma Sciences, Inc. ("Derma") provides the following disclosure pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2.  Derma states that it has no parent corporation.  Derma states that the following entities own 5% or more of Derma's stock:

| | |
|---|---|
| LBI Group, Inc. | New York, NY |
| Galen Partners | Stamford, CT |
| Comvita New Zealand Limited | New Zealand |
| Panacea Fund, LLC | Chicago, IL |

Dated:  February 27, 2008          */s Arthur Gollwitzer III*

> Martin L. Stern (02727307)
>   mlstern@michaelbest.com
> Arthur Gollwitzer III (06225038)
>   agollwitzer@michaelbest.com
> Christopher R. Parker (06270398)
>   crparker@michaelbest.com
> MICHAEL BEST & FRIEDRICH LLP
> Two Prudential Plaza
> 180 North Stetson Ave., Ste 2000
> Chicago, IL  60601
> Telephone: 312.222.0800
>
> ***Attorneys for Defendant Derma Sciences, Inc.***

## Certificate of Service

I, Arthur Gollwitzer III, an attorney of record in this matter, certify that on February 27, 2008, I cause a copy of the following document:

**Defendant Derma Sciences, Inc.'s Disclosure Stateement**

to be filed by electronic (ECF) filing, which provides service for the following counsel of record by e-mail delivery:

Keith V. Rockey
Kathleen A. Lyons
Joseph A. Fuchs
Avani Macaluso
Rockey, Depke, & Lyons, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, Illinois 60606

              */s Arthur Gollwitzer III*
               Arthur Gollwitzer III