# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6769 | **DATE** | 2/27/2008 |
| **CASE TITLE** | Argentum Medical, LLC v. Noble Biomaterials, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/10/2008  at 9:30 AM. Discovery cutoff set for 7/9/2008. Discovery hearing set for 6/11/2008 at 9:30 AM. Motion for summary judgment to be filed on or before 7/30/2008. Response to the motion for summary judgment to be filed on or before 8/13/2008. Reply due 8/20/2008. Ruling set for 9/17/2008 at 9:30 AM. Proposed final pretrial order to be submitted to chambers by 2:00 PM. on 9/17/2008. Jury Trial set for 10/14/2008 at 10:00 AM.  The date for filing the reply to  the motion to dismiss or transfer (16) is reset to 4/4/2008.  The date for filing the response and the ruling date remains the same.  No court appearance required on 3/5/2008.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SLB |
|---|---|---|