IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARGENTUM MEDICAL, LLC | : | No. 3:07 cv 6769 |
| | : | |
| Plaintiff, | : | Hon. George W. Lindberg |
| | : | |
| v. | : | Magistrate Judge Jeffrey Cole |
| | : | |
| NOBLE BIOMATERIALS, and DERMA SCIENCES, INC., | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT NOBLE BIOMATERIALS' MOTION TO DISMISS OR TRANSFER

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff's Complaint fails to state a cause of action, there is no personal jurisdiction over Defendant Noble Biomaterials, and this Court lacks venue. Therefore, Defendant Noble Biomaterials respectfully requests that this Court dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(2), and 12(b)(3). Defendant Noble Biomaterials respectfully requests, in the alternative, that this Court transfer this case to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1400.

Respectfully submitted,

s/Josh M. Kantrow
Lori S. Nugent (Attorney ID No. 6196627)
Josh M. Kantrow (Attorney ID No. 6196627)
COZEN O'CONNOR
222 South Riverside Plaza
Suite 1500
Chicago, Illinois 60606
*Attorneys for Defendant Noble Biomaterials*

Dated: March 10, 2008