IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARGENTUM MEDICAL, LLC | : | No. 3:07 cv 6769 |
| Plaintiff, | : | Hon. George W. Lindberg |
| v. | : | Magistrate Judge Jeffrey Cole |
| NOBLE BIOMATERIALS, and DERMA SCIENCES, INC., | : | |
| Defendants. | : | |

## NOTICE OF MOTION

TO:   Martin L. Stern                                       Keith V. Rockey
      Arthur Gollwitzer                                     Kathleen A. Lyons
      Christopher Parker                                    Joseph A. Fuchs
      MICHAEL BEST & FRIEDRICH LLP                          Avani Macaluso
      Two Prudential Plaza                                  ROCKEY, DEPKE, & LYONS, LLC
      180 North Stetson Ave., Ste 2000                      Sears Tower, Suite 5450
      Chicago, IL 60601                                     233 South Wacker Drive
      *Attorneys for Defendant*                             Chicago, IL 60606
      *Derma Sciences, Inc*.                                *Attorneys for Plaintiff Argentum Medical, LLC*

   PLEASE TAKE NOTICE that on March 19, 2008, at 9:30 a.m., we shall appear before the Honorable Judge George W. Lindberg, or any judge sitting in his stead, in Room 1425 at 219 South Dearborn Street, Chicago, Illinois, and then and there present our Motion to Dismiss or Transfer, a copy of which is attached hereto and served upon you.

                              By: s/ Josh M. Kantrow
                                  Lori S. Nugent  (Attorney ID No. 6196627
                                  Josh M. Kantrow (Attorney ID No. 6231027)
                                  COZEN O'CONNOR
                                  222 South Riverside Plaza
                                  Suite 1500
                                  Chicago, Illinois 60606
                                  *Attorney for Defendant*
                                  *Noble Biomaterials*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2008, I caused a true and correct copy of Defendant Noble Biomaterial's Motion to Dismiss or Transfer, Memorandum of Law in Support thereof, and Exhibits in Support thereof to be served electronically via the Court's ECF system upon the following:

Martin L. Stern
Arthur Gollwitzer
Christopher Parker
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Ave., Ste 2000
Chicago, IL 60601
Attorneys for Defendant Derma Sciences, Inc.

Keith V. Rockey
Kathleen A. Lyons
Joseph A. Fuchs
Avani Macaluso
ROCKEY, DEPKE, & LYONS, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, IL 60606
Attorneys for Plaintiff Argentum Medical, LLC

By: s/ Josh M. Kantrow
Lori S. Nugent  (Attorney ID No. 6196627)
Josh M. Kantrow (Attorney ID No. 6231027)
COZEN O'CONNOR
 222 South Riverside Plaza
Suite 1500
Chicago, Illinois 60606
*Attorney for Defendant*
*Noble Biomaterials*