IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARGENTUM MEDICAL, LLC | : | No. 3:07 cv 6769 |
| | : | |
| Plaintiff, | : | Hon. George W. Lindberg |
| | : | |
| v. | : | Magistrate Judge Jeffrey Cole |
| | : | |
| NOBLE BIOMATERIALS, and | : | |
| DERMA SCIENCES, INC., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF MOTION

TO:  Martin L. Stern                                   Keith V. Rockey
      Arthur Gollwitzer                              Kathleen A. Lyons
      Christopher Parker                            Joseph A. Fuchs
      MICHAEL BEST & FRIEDRICH LLP      Avani Macaluso
      Two Prudential Plaza                         ROCKEY, DEPKE, & LYONS, LLC
      180 North Stetson Ave., Ste 2000           Sears Tower, Suite 5450
      Chicago, IL 60601                               233 South Wacker Drive
      *Attorneys for Defendant*                    Chicago, IL 60606
      *Derma Sciences, Inc*.                         *Attorneys for Plaintiff Argentum Medical, LLC*

      PLEASE TAKE NOTICE that on <u>March 19, 2008</u>, at <u>9:30 a.m.</u>, we shall appear before the Honorable Judge George W. Lindberg, or any judge sitting in his stead, in Room <u>1425</u> at 219 South Dearborn Street, Chicago, Illinois, and then and there present our Motion to Dismiss or Transfer, a copy of which is attached hereto and served upon you.

                                                  By: <u>s/ Josh M. Kantrow</u>
                                                     Lori S. Nugent  (Attorney ID No. 6196627
                                                     Josh M. Kantrow (Attorney ID No. 6231027)
                                                     COZEN O'CONNOR
                                                     222 South Riverside Plaza
                                                     Suite 1500
                                                     Chicago, Illinois 60606
                                                     *Attorney for Defendant*
                                                     *Noble Biomaterials*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2008, I caused a true and correct copy of Defendant Noble Biomaterial's Motion to Dismiss or Transfer, Memorandum of Law in Support thereof, and Exhibits in Support thereof to be served electronically via the Court's ECF system upon the following:

>Martin L. Stern
>Arthur Gollwitzer
>Christopher Parker
>MICHAEL BEST & FRIEDRICH LLP
>Two Prudential Plaza
>180 North Stetson Ave., Ste 2000
>Chicago, IL 60601
>Attorneys for Defendant Derma Sciences, Inc.
>
>Keith V. Rockey
>Kathleen A. Lyons
>Joseph A. Fuchs
>Avani Macaluso
>ROCKEY, DEPKE, & LYONS, LLC
>Sears Tower, Suite 5450
>233 South Wacker Drive
>Chicago, IL 60606
>Attorneys for Plaintiff Argentum Medical, LLC

>By: s/ Josh M. Kantrow
>   Lori S. Nugent  (Attorney ID No. 6196627)
>   Josh M. Kantrow (Attorney ID No. 6231027)
>   COZEN O'CONNOR
>    222 South Riverside Plaza
>   Suite 1500
>   Chicago, Illinois 60606
>   *Attorney for Defendant*
>   *Noble Biomaterials*

3

Case 1:07-cv-06769 Document 29 Filed 03/11/2008 Page 3 of 3