IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARGENTUM MEDICAL, LLC., ) | |
| ) | |
| Plaintiff, ) | No. 07 CV 6769 |
| ) | |
| v. ) | Hon. George W. Lindberg |
| ) | |
| ) | Magistrate Judge Jeffrey Cole |
| NOBLE BIOMATERIALS, and ) | |
| DERMA SCIENCES, INC., ) | |
| ) | |
| Defendants. ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, March 19, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel will appear before Judge George W. Lindberg or any other Judge sitting in his place and stead, at the United States District Courthouse, 219 South Dearborn Street, Room 1425, Chicago, Illinois, and then and there present the accompanying MOTION TO CONSOLIDATE BRIEFING SCHEDULES AND TO PROVIDE FOR EXPEDITED DISCOVERY LIMITED TO JURISDICTIONAL ISSUES a copy of which is hereby being served upon you.

Respectfully submitted,

/s/ Joseph A. Fuchs
KEITH V. ROCKEY
KATHLEEN A. LYONS
JOSEPH A. FUCHS
AVANI MACALUSO
  Rockey, Depke & Lyons, LLC
  Sears Tower, Suite 5450
  233 South Wacker Drive
  Chicago, Illinois 60606
  Telephone:  312-277-2006

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2008, a true and correct copy of the following document:

NOTICE OF MOTION

was filed electronically with the Clerk of Court using the CM/ECF System, which will provide electronic notice to the following attorneys for Defendants:

>Martin L. Stern
>Arthur Gollwitzer III
>Christopher Parker
>MICHAEL BEST & FRIEDRICH LLP
>Two Prudential Plaza
>180 North Stetson Ave., Ste 2000
>Chicago, IL 60601
>Attorneys for Defendant Derma Sciences, Inc.

>Lori S. Nugent
>Josh M. Kantrow
>COZEN O'CONNOR
>222 S. Riverside Plaza
>Suite 1500
>Chicago, IL 60606
>Attorneys for Defendant Noble Biomaterials

>/s/ Joseph A. Fuchs
>One of Plaintiff's Counsel