# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Argentum Medical, LLC

                    Plaintiff,

v.                                     Case No.: 1:07–cv–06769

                                     Honorable George W. Lindberg

Noble Biomaterials, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

      MINUTE entry before Judge Honorable George W. Lindberg: Plaintiff's Motion to Consolidate Briefing Schedules and for Expedited Discovery [30] is granted in part. The Court vacates the briefing schedules entered on 2/26/08 [22] and 3/10/08 [28]. Plaintiff's responses to Defendants' motions to dismiss or transfer must be filed by 5/16/08. Defendants' replies must be filed by 5/23/08. Rulings will be issued on or before 6/25/08 at 9:30 a.m. The Court grants Plaintiff leave to take expedited discovery limited to the issue of the Court's personal jurisdiction over Defendant Noble Biomaterials. Plaintiff's expedited discovery is limited to a total of 10 interrogatories and 10 requests for the production of documents. Plaintiff's discovery must be served by 3/21/08. Defendants must respond fully by 4/11/08. Plaintiff is granted leave to depose Jeffrey B. Keane on or before 5/2/08. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.