**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARGENTUM MEDICAL, LLC | : | No. 07 cv 6769 |
| | : | |
| Plaintiff, | : | Hon. George W. Lindberg |
| | : | |
| v. | : | Magistrate Judge Jeffrey Cole |
| | : | |
| NOBLE BIOMATERIALS, and | : | |
| DERMA SCIENCES, INC., | : | |
| | : | |
| Defendants. | : | |

**<u>NOTICE OF MOTION</u>**

TO:    Martin L. Stern                    Keith V. Rockey
        Arthur Gollwitzer               Kathleen A. Lyons
        Christopher Parker            Joseph A. Fuchs
        MICHAEL BEST & FRIEDRICH LLP    Avani Macaluso
        Two Prudential Plaza          ROCKEY, DEPKE, & LYONS, LLC
        180 North Stetson Ave., Ste 2000   Sears Tower, Suite 5450
        Chicago, IL 60601           233 South Wacker Drive
        *Attorneys for Defendant*        Chicago, IL 60606
        *Derma Sciences, Inc*.          *Attorneys for Plaintiff Argentum Medical,*
                                         *LLC*

      PLEASE TAKE NOTICE that on <u>March 26, 2008</u>, at <u>9:30 a.m.</u>, we shall appear before the Honorable Judge George W. Lindberg, or any judge sitting in his stead, in Room <u>1425</u> at 219 South Dearborn Street, Chicago, Illinois, and then and there present our MOTION FOR RECONSIDERATION OF OR ALTERNATIVELY TO MODIFY ORDER GRANTING IN PART PLAINTIFF ARGENTUM MEDICAL LLC'S MOTION TO MODIFY BRIEFING SCHEDULE AND FOR EXPEDITED DISCOVERY AS TO JURISDICTIONAL ISSUES, a copy of which is attached hereto and served upon you.

                          By: <u>s/ Josh M. Kantrow</u>
                             Lori S. Nugent  (Attorney ID No. 6196627
                             Josh M. Kantrow (Attorney ID No. 6231027)
                             COZEN O'CONNOR
                             222 South Riverside Plaza
                             Suite 1500
                             Chicago, Illinois 60606
                             *Attorney for Defendant*
                             *Noble Biomaterials*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 20th day of March, 2008, I caused a true and correct copy of Defendant Noble Biomaterial's Motion to Dismiss or Transfer, Memorandum of Law in Support thereof, and Exhibits in Support thereof to be served electronically via the Court's ECF system upon the following:

Martin L. Stern
Arthur Gollwitzer
Christopher Parker
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Ave., Ste 2000
Chicago, IL 60601
Attorneys for Defendant Derma Sciences, Inc.

Keith V. Rockey
Kathleen A. Lyons
Joseph A. Fuchs
Avani Macaluso
ROCKEY, DEPKE, & LYONS, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, IL 60606
Attorneys for Plaintiff Argentum Medical, LLC

By: s/ Josh M. Kantrow
Lori S. Nugent  (Attorney ID No. 6196627)
Josh M. Kantrow (Attorney ID No. 6231027)
COZEN O'CONNOR
 222 South Riverside Plaza
Suite 1500
Chicago, Illinois 60606
*Attorney for Defendant*
*Noble Biomaterials*

CHICAGO\592841\1 213592.000