# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6769 | **DATE** | March 21, 2008 |
| **CASE TITLE** | Argentum Medical, LLC vs. Noble Biomaterials, *et al.* | | |

**DOCKET ENTRY TEXT**

Defendant Noble Biomaterials, Inc.'s Motion for Reconsideration of or, Alternatively, to Modify Order Granting in Part Plaintiff's Motion to Modify Briefing Schedule and for Expedited Discovery as to Jurisdictional Issues [35] is granted in part.

■[ For further details see text below.]      Docketing to mail notices.

**STATEMENT**

Plaintiff's deposition of Jeffrey B. Keane (1) is limited to the issue of the Court's personal jurisdiction over Noble Biomaterials, Inc., (2) is limited to three hours, and (3) must be conducted at Noble Biomaterials, Inc.'s corporate offices in Scranton, Pennsylvania. All discovery other than the expedited discovery relating to the issue of the Court's personal jurisdiction over Noble Biomaterials, Inc. is stayed.

Courtroom Deputy Initials: SLB