## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6769 | **DATE** | April 21, 2008 |
| **CASE TITLE** | Argentum Medical, LLC vs. Noble Biomaterials, *et al.* | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Leave to File its Amended Complaint [41] is granted. *See* Fed. R. Civ. P. 15(a). Plaintiff is granted leave to file the Amended Complaint and Demand for Jury Trial [41-2] attached to its motion on or before April 24, 2008. The Court, *sua sponte*, strikes Defendants' motions to dismiss or transfer [16, 27] and the briefing schedule for both motions entered on March 18, 2008 as moot. Defendants are granted leave to answer or otherwise move with respect to Plaintiff's amended complaint on or before May 12, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|