# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARGENTUM MEDICAL, LLC | : | No. 3:07 cv 6769 |
| | : | |
| Plaintiff, | : | Hon. George W. Lindberg |
| | : | |
| v. | : | Magistrate Judge Jeffrey Cole |
| | : | |
| NOBLE BIOMATERIALS, and | : | |
| DERMA SCIENCES, INC., | : | |
| | : | |
| Defendants. | : | |

### VERIFICATION OF JOEL M. FUREY IN SUPPORT OF DEFENDANT NOBLE BIOMATERIALS, INC.'S MOTION TO DISMISS AMENDED COMPLAINT OR TRANSFER

Joel M. Furey hereby verifies as follows:

1. I am the Executive Vice-President Strategy and Business Development of Noble Biomaterials, Inc. ("Noble"). I have been employed with Noble for ten years and I am the senior most executive directly responsible for business development at the Company.

2. As a result of my position and tenure with Noble, I am familiar with its business and structure. This Verification is based upon information personally known by me, obtained in the course of performing my duties as Noble's Executive Vice-President Strategy and Business Development or provided to me by others at Noble.

3. Noble is organized and existing under the laws of the State of Delaware and maintains its principal place of business at 300 Palm Street, Scranton, Pennsylvania.

4. Noble traces its history to the Sauquoit Silk Company which was founded in 1883, and Noble has been involved in the textile industry since that time. Since approximately

1977, Noble has manufactured fine diameter fibers and fabrics coated primarily with silver. These fibers and fabrics are used as raw materials in devices that protect against static electricity and in devices that provide electromagnetic shielding.

5. As it has been long recognized that silver kills virtually every type of bacteria, fungus and virus, over twenty years ago, Noble began exploring whether X-STATIC® fibers could be utilized in bandages or for other antimicrobial purposes. Several years later, Noble began selling X-STATIC® fibers and fabrics for use in the manufacture of bandages and other medical products.

6. At the present time, Noble owns Sauquoit Industries, LLC ("Sauquoit") and Noble Fiber Technologies, LLC ("Noble Fiber"). Sauquoit is the entity which manufactures the silver coated fibers and fabrics. Noble Fiber markets these products under the X-STATIC® brand. X-STATIC® silver metallized fibers and fabrics are also sold to third-parties for use in medical and other products, including climbing and cycling gear, golf wear, hiking clothes, running apparel, ski wear, snowboarding gear, yoga wear, sports bras, hi-performance socks, protective gear, garments for the military and NASA, bedding, towels and pet products. Using X-STATIC® fibers and fabrics in these products serves to diminish odor because of the inherent antimicrobial properties of silver.

7. Since 2005, Noble Fiber Technologies has produced it own line of bandages, burn wraps, burn gloves and tubular components (liners to be used under orthopedic casts) from its silver coated fibers. (*Id.*) These products are sold under the SILVERSEAL® trademark for their antimicrobial properties. Not all of these products are wound dressings. For instance, the cast

liners are used to inhibit the itching typically associated with the long term wearing of orthopedic casts by destroying the bacteria that normally accumulates under a cast.

8.    Noble's sole manufacturing facility is in Scranton, Pennsylvania.

9.    Neither Noble, Sauquoit nor Noble Fiber maintain offices or other facilities or has any employees in Illinois. These entities do not regularly conduct business in Illinois.

10.   Noble Fiber's SILVERSEAL® medical products are sold through distributors. Noble Fiber's largest distributor is Derma Sciences, Inc. Noble delivers its products to Derma FOB Scranton, Pennsylvania. Noble Fiber does not have any distributors in Illinois. While Noble FIber also make limited direct sales of SILVERSEAL® products, it does not sell these products to customers in Illinois.

11.   After reviewing Noble Fiber's sales records and shipping records, Noble is not aware that any of Noble Fiber's SILVERSEAL® medical products are being sold or distributed in Illinois.

12.   Noble's sole contact with Illinois with respect to Noble Fiber's SILVERSEAL® products is that Noble Fiber's representatives have attended a large, industry-wide trade show in Chicago on at least two occasions. It also attended a smaller trade show for distributors in

Illinois. Neither Noble Fiber nor any representatives made any sales in Illinois or attempted to make any sales directly to Illinois customers at these trade shows. After reviewing Noble's corporate records, we have not located any shipments even of samples to customers in Illinois.

I declare under penalty of perjury that the foregoing is true and correct.
Dated: May 12, 2008

_____
Joel M. Furey