IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARGENTUM MEDICAL, LLC | : | No. 3:07 cv 6769 |
| Plaintiff, | : | Hon. George W. Lindberg |
| v. | : | Magistrate Judge Jeffrey Cole |
| NOBLE BIOMATERIALS, and DERMA SCIENCES, INC., | : | |
| Defendants. | : | |

## NOTICE OF MOTION

TO:  Martin L. Stern                              Keith V. Rockey
     Arthur Gollwitzer                            Kathleen A. Lyons
     Christopher Parker                           Joseph A. Fuchs
     MICHAEL BEST & FRIEDRICH LLP                 Avani Macaluso
     Two Prudential Plaza                         ROCKEY, DEPKE, & LYONS, LLC
     180 North Stetson Ave., Ste 2000             Sears Tower, Suite 5450
     Chicago, IL 60601                            233 South Wacker Drive
     *Attorneys for Defendant*                    Chicago, IL 60606
     *Derma Sciences, Inc.*                       *Attorneys for Plaintiff Argentum Medical, LLC*

PLEASE TAKE NOTICE that on May 21, 2008, at 9:30 a.m., we shall appear before the Honorable Judge George W. Lindberg, or any judge sitting in his stead, in Room 1425 at 219 South Dearborn Street, Chicago, Illinois, and then and there present our Motion to Dismiss or Transfer, a copy of which is attached hereto and served upon you.

By: s/ Josh M. Kantrow
Lori S. Nugent (Attorney ID No. 6196627)
Josh M. Kantrow (Attorney ID No. 6231027)
Robert W. Hayes (admitted *pro hac vice*)
COZEN O'CONNOR
222 South Riverside Plaza
Suite 1500
Chicago, Illinois 60606
Attorneys for Defendant
Noble Biomaterials

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2008, I caused a true and correct copy of Defendant Noble Biomaterial's Motion to Dismiss the Amended Complaint or Transfer, Memorandum of Law in Support thereof, and Exhibits in Support thereof to be served electronically via the Court's ECF system upon the following:

>Martin L. Stern
>Arthur Gollwitzer
>Christopher Parker
>MICHAEL BEST & FRIEDRICH LLP
>Two Prudential Plaza
>180 North Stetson Ave., Ste 2000
>Chicago, IL 60601
>Attorneys for Defendant Derma Sciences, Inc.
>
>Keith V. Rockey
>Kathleen A. Lyons
>Joseph A. Fuchs
>Avani Macaluso
>ROCKEY, DEPKE, & LYONS, LLC
>Sears Tower, Suite 5450
>233 South Wacker Drive
>Chicago, IL 60606
>Attorneys for Plaintiff Argentum Medical, LLC

_____