**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Argentum Medical, LLC

               Plaintiff,

v.                                              Case No.: 1:07–cv–06769
                                                Honorable George W. Lindberg

Noble Biomaterials, et al.

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before Judge Honorable George W. Lindberg:The Court received Defendant Derma Sciences, Inc.'s 5/13/08 letter. Defendant Derma Sciences, Inc. must file a motion before the Court will consider granting it the relief it requests. Defendant Derma Sciences, Inc.'s 2/26/08 motion to dismiss or transfer was stricken on 4/21/08. The Court will enter an appropriate briefing schedule after a motion is filed and noticed for presentment.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.