IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Argentum Medical, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Noble Biomaterials and<br>Derma Sciences, Inc.,<br><br>　　　　Defendants.<br><br>\* \* \* \* \*<br><br>Derma Sciences, Inc.,<br><br>　　　　Third-Party Plaintiff,<br><br>　v.<br><br>Noble Fiber Technologies, LLC,<br><br>　　　　Third-Party Defendant. | No. 07 CV 6769<br><br>Judge George W. Lindberg<br>Magistrate Judge Cole<br><br>**Jury Trial Demanded** |

**Defendant Derma Sciences, Inc.'s Motion to Transfer**

Plaintiff Argentum Medical, LLC's ("Argentum") allegations in this patent infringement case have little connection to this judicial district. The defendants and their key employees are located in Pennsylvania and New Jersey. Moreover, the inventor and the owner of the patent-in-suit reside in Georgia. Finally, defendant Derma Sciences, Inc. ("Derma") has breach of contract and breach of warranty claims arising out of Argentum's patent infringement claims against a subsidiary of co-defendant Noble Biomaterials, Inc. that should be resolved by a federal court in Pennsylvania. Therefore, Derma respectfully requests that the Court transfer this case to the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1404(a).

Derma has filed a memorandum of law in further support of this Motion.

- 2 -

Dated:  May 16, 2008                /s Arthur Gollwitzer III

                                        Martin L. Stern (02727307)
                                           mlstern@michaelbest.com
                                        Arthur Gollwitzer III (06225038)
                                         agollwitzer@michaelbest.com
                                        Christopher R. Parker (06270398)
                                         crparker@michaelbest.com
                                        MICHAEL BEST & FRIEDRICH LLP
                                        Two Prudential Plaza
                                        180 North Stetson Ave., Ste 2000
                                        Chicago, IL  60601
                                        Telephone: 312.222.0800

                                        ***Attorneys for Defendant Derma Sciences, Inc.***

## Certificate of Service

I, Arthur Gollwitzer III, an attorney of record in this matter, certify that on May 16, 2008, I cause a copy of the following documents:

**Defendant Derma Sciences, Inc.'s Motion to Transfer;**

**Memorandum in Support of Derma Sciences, Inc.'s Motion to Transfer;** and

**Defendant Derma Sciences, Inc.'s Notice of Motion to Transfer**

to be filed by electronic (ECF) filing, which provides service for the following counsel of record by e-mail delivery:

**Attorneys for Plaintiff Argentum Medical, LLC**

Keith V. Rockey
Kathleen A. Lyons
Joseph A. Fuchs
Avani Macaluso
Rockey, Depke, & Lyons, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, Illinois 60606

Lori S. Nugent
Cozen O'Connor
222 South Riverside Plaza, Ste 1500
Chicago, IL  60606

                        /s Arthur Gollwitzer III
                        Arthur Gollwitzer III