IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Argentum Medical, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Noble Biomaterials and<br>Derma Sciences, Inc.,<br><br>　　　　Defendants.<br><br>* * * * *<br><br>Derma Sciences, Inc.,<br><br>　　　　Third-Party Plaintiff,<br><br>　v.<br><br>Noble Fiber Technologies, LLC,<br><br>　　　　Third-Party Defendant. | No. 07 CV 6769<br><br>Judge George W. Lindberg<br>Magistrate Judge Cole<br><br>**Jury Trial Demanded** |

**Defendant Derma Sciences, Inc.'s Notice of Motion to Transfer**

TO:

| | |
|---|---|
| Joseph A. Fuchs<br>Rockey, Depke, & Lyons, LLC<br>Sears Tower, Suite 5450<br>233 South Wacker Drive<br>Chicago, Illinois  60606 | Lori S. Nugent<br>Cozen O'Connor<br>222 South Riverside Plaza, Ste 1500<br>Chicago, IL  60606 |

　　PLEASE TAKE NOTICE that at 9:30 a.m. on Wednesday, May 21, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge George W. Lindberg, or any judge sitting in his stead, in the courtroom usually occupied by him, in the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, Illinois, to present **Defendant Derma Sciences, Inc.s' Motion to Transfer**.

Dated:  May 16, 2008　　　　　　　　　　/s Arthur Gollwitzer III

Martin L. Stern (02727307)
  mlstern@michaelbest.com
Arthur Gollwitzer III (06225038)
  agollwitzer@michaelbest.com
Christopher R. Parker (06270398)
  crparker@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Ave., Ste 2000
Chicago, IL  60601
Telephone: 312.222.0800

*Attorneys for Defendant Derma Sciences, Inc.*

## Certificate of Service

I, Arthur Gollwitzer III, an attorney of record in this matter, certify that on May 16, 2008, I cause a copy of the following documents:

**Defendant Derma Sciences, Inc.'s Motion to Transfer;**

**Memorandum in Support of Derma Sciences, Inc.'s Motion to Transfer;** and

**Defendant Derma Sciences, Inc.'s Notice of Motion to Transfer**

to be filed by electronic (ECF) filing, which provides service for the following counsel of record by e-mail delivery:

**Attorneys for Plaintiff Argentum Medical, LLC**

Keith V. Rockey
Kathleen A. Lyons
Joseph A. Fuchs
Avani Macaluso
Rockey, Depke, & Lyons, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, Illinois 60606

Lori S. Nugent
Cozen O'Connor
222 South Riverside Plaza, Ste 1500
Chicago, IL  60606

                                              */s Arthur Gollwitzer III*
                                                Arthur Gollwitzer III