IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Argentum Medical, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Noble Biomaterials and <br> Derma Sciences, Inc., <br><br> Defendants. <br><br> * * * * * <br><br> Derma Sciences, Inc., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Noble Fiber Technologies, LLC, <br><br> Third-Party Defendant. | No. 07 CV 6769 <br><br> Judge George W. Lindberg <br> Magistrate Judge Cole <br><br> **Jury Trial Demanded** |

**Defendant Derma Sciences, Inc.'s Notice of Amended Motion to Transfer or Stay**

TO:

Joseph A. Fuchs
Rockey, Depke, & Lyons, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, Illinois  60606

Lori S. Nugent
Cozen O'Connor
222 South Riverside Plaza, Ste 1500
Chicago, IL  60606


    PLEASE TAKE NOTICE that at 9:30 a.m. on Wednesday, May 21, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge George W. Lindberg, or any judge sitting in his stead, in the courtroom usually occupied by him, in the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, Illinois, to present **Defendant Derma Sciences, Inc.s' Amended Motion to Transfer or Stay**.

Dated:  May 16, 2008              */s Arthur Gollwitzer III*

        Martin L. Stern (02727307)
          mlstern@michaelbest.com
        Arthur Gollwitzer III (06225038)
          agollwitzer@michaelbest.com
        Christopher R. Parker (06270398)
          crparker@michaelbest.com
        MICHAEL BEST & FRIEDRICH LLP
        Two Prudential Plaza
        180 North Stetson Ave., Ste 2000
        Chicago, IL  60601
        Telephone: 312.222.0800

        ***Attorneys for Defendant Derma Sciences, Inc.***

**Certificate of Service**

I, Arthur Gollwitzer III, an attorney of record in this matter, certify that on May 16, 2008, I caused a copy of the following documents:

**Defendant Derma Sciences, Inc.'s Amended Motion to Transfer or Stay;**

and

**Defendant Derma Sciences, Inc.'s Notice of Amended Motion to Transfer or Stay**

to be filed by electronic (ECF) filing, which provides service for the following counsel of record by e-mail delivery:

Joseph A. Fuchs
Rockey, Depke, & Lyons, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, Illinois 60606
JosephFuchs@rdlklaw.com

Lori S. Nugent
Cozen O'Connor
222 South Riverside Plaza, Ste 1500
Chicago, IL  60606
312-382- 3100
lnugent@cozen.com

                        */s Arthur Gollwitzer III*
                          Arthur Gollwitzer III