## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Argentum Medical, LLC

                        Plaintiff,

v.                                       Case No.: 1:07−cv−06769
                                                      Honorable George W. Lindberg

Noble Biomaterials, et al.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 19, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Derma Sciences, Inc.'s motion to transfer [52] is denied as moot. The amended motion to transfer or stay [57] is entered and continued. Response to the motion due 6/4/08. Reply due 6/11/08. Ruling on or before 7/9/08 at 9:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.