# EXHIBIT B
# (Redacted)

Answers and Objections of Defendant Noble Biomaterials, Inc. to Plaintiff Argentum Medical, LLC.'s Jurisdictional Interrogatories served on April 11, 2008.