# EXHIBIT D



## Welcome to Medico-Mart, Inc.

Medico-Mart offers a complete line of medical/surgical, laboratory, and pharmaceutical products to physician offices and clinics throughout Wisconsin, northern Illinois, and southeastern Minnesota. We offer all major national brands, plus the added choice of our ABCO private label line.

Our Vaccine Division specializes in supporting the vaccine needs of physician offices, clinics, and healthcare organizations throughout the United States.

If interested in establishing an account with Medico-Mart, please print out and complete an Account Registration Form and then fax the completed form to us.

©2008 - Medico-Mart, Inc. - All Rights Reserved
2323 Corporate Drive, Waukesha, WI 53189
Phone: 800-242-6248 / 262-446-2323    Fax: 800-242-6201 / 262-446-2324

http://www.medicomart.com/    4/26/2008

EXHIBIT 7 4/29/08

EXHIBIT D