# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARGENTUM MEDICAL, LLC., | ) |
| | ) |
| Plaintiff, | ) No. 07 CV 6769 |
| | ) |
| v. | ) Hon. George W. Lindberg |
| | ) |
| | ) Magistrate Judge Jeffrey Cole |
| NOBLE BIOMATERIALS, and | ) |
| DERMA SCIENCES, INC., | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF REBECCA E. LYONS

I, Rebecca E. Lyons, hereby declare and state that:

1. I am a Legal Assistant with the firm of Rockey, Depke & Lyons, LLC, plaintiff's counsel in the above-captioned matter.

2. I am submitting this Declaration in support of Plaintiff's Memorandum in Opposition to Defendant Noble's Motion to Dismiss or Transfer and to Defendant Derma's Motion to Transfer or Stay the Action.

3. I was asked by Joseph Fuchs of our office to contact the Medical Supply Group and place an order for a wound contact dressing sold under the SilverSeal® trade name.

4. I contacted the Medical Supply Group on April 14, 2008, by telephone and placed an order for a single SilverSeal® wound dressing.



EXHIBIT E

5. I received a SilverSeal® dressing at my home in New Lenox, Illinois along with a shipping document, a true and correct copy of which is attached to this Declaration as Exhibit 1.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

7. Further declarant sayeth not.

Dated: June 3, 2008

_Rebecca E. Lyons_
Rebecca E. Lyons

# MEDICAL SUPPLY GROUP

```
08041461269                                      EDI              PAGE: 1
04/14/08  14:48      BATCH ID#: 605                     ORDER #:5516715
                   *** PICK#: 215-U ***                        04/14/08  14:40
```

**BILL TO:**
0029110
MEDICAL SUPPLY GROUP

1801 W SAMPLE RD
DEERFIELD BEACH FL 33064-0000
(800)278-0227

**SHIP TO:**
QCV8
REBECCA LYONS

1170 CONGRESS DR
NEW LENOX IL 60451-3196

| CUSTOMER REFERENCE NO. | SHIPPING ORIGIN | SHIPPED VIA | PICKED BY | PACKED BY |
|---|---|---|---|---|
| 1180861 | INDIANA | FX GROUND | ***** | ***** |

| LINE NO. | BIN LOCATION | ITEM NUMBER / DESCRIPTION | PEDIGREE | ORDERED | SHIPPED | U/M | BACK ORDER |
|---|---|---|---|---|---|---|---|
| 001 | C07-07A | GLN-SSWCD0404<br>SILVERSEAL DRS 4X4 | | 1 | 1 | EA | |

0029110    ID#:5516715
REBECCA LYONS

1170 CONGRESS DR
NEW LENOX IL 60451

P A T I E N T

0029110    ID#:5516715
REBECCA LYONS

1170 CONGRESS DR
NEW LENOX IL 60451

P A T I E N T

0029110    ID#:5516715
REBECCA LYONS

1170 CONGRESS DR
NEW LENOX IL 60451

P A T I E N T

0029110    ID#:5516715
REBECCA LYONS

1170 CONGRESS DR
NEW LENOX IL 60451

P A T I E N T



EXHIBIT 1