# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARGENTUM MEDICAL, LLC., | ) |
| | ) |
| Plaintiff, | ) No. 07 CV 6769 |
| | ) |
| v. | ) Hon. George W. Lindberg |
| | ) |
| | ) Magistrate Judge Jeffrey Cole |
| NOBLE BIOMATERIALS, and | ) |
| DERMA SCIENCES, INC., | ) |
| | ) |
| Defendants. | ) |

## RULE 26(a)(1) DISCLOSURES OF ARGENTUM MEDICAL, LLC.

Plaintiff, Argentum Medical, LLC. ("Argentum"), through its undersigned attorneys, makes, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, its initial disclosures to Defendants Noble Biomaterials ("Noble") and Derma Sciences, Inc. ("Derma").

In making these disclosures, Argentum has made a good faith evaluation of the individuals and documents likely to have or contain discoverable information relevant to the facts alleged in the Complaint. However, Argentum has not conducted any discovery and has not completed its preparation for trial. Therefore, the initial disclosures made by Argentum are made without prejudice to


EXHIBIT G

its right to supplement its initial disclosures or to produce in discovery or introduce into evidence at trial: (i) subsequently discovered evidence relating to proof of presently known facts, and (ii) all evidence, whenever discovered, relating to the proof of subsequently discovered facts.

    A.    The following are the names, addresses and telephone numbers, where known, of those individuals likely to have discoverable information relevant to the disputed facts:

| Individual | Subject Matter(s) |
|---|---|
| Gregg Silver<br>Argentum Medical, LLC<br>Chief Executive Officer<br>3700 N. Lake Shore Drive<br>Unit 106<br>Chicago, IL 60613 | Operation of Argentum, sales, marketing, profitability, relationship between Argentum Medical and Argentum International, and the production of Argentum's products. |
| Thomas Miller, President<br>240 81st Street<br>Willowbrook, IL 60527 | Sales, marketing, and customers of Argentum's products, relationship between Argentum Medical and Argentum International. |
| Gary Blaeser<br>1022 Liberty Bell Lane<br>Libertyville, IL 60048 | Sales, customers and national accounts. |
| Arthur B. Flick, M.D., President<br>Argentum International, L.L.C.<br>36 Lake Rabun Road<br>Lakemont, Georgia 30552 | The technology disclosed in the patent-in-suit, the conception and reduction to practice of the technology and the relationship between Argentum and Argentum International. |

B.  A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things in the possession, custody, or control of Argentum and that Argentum may use to support its claims or defenses, unless solely for impeachment:

1.  U.S. Patent No. 7,230,153 and its prosecution history and documents relating to the prosecution of the application that issued as this patent;

2.  Scientific and patent publications and other prior art relating to wound and burn dressings having silver coated nylon contact surfaces;

3.  Patent license agreement between Argentum International, Inc. and Argentum Medical, LLC relating to the patent-in-suit; and

4.  Development records for the subject matter of the patent-in-suit.

C.  A computation of any category of damages claimed by Argentum, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

1. Noble's sales records and profitability reports for any of its wound dressings having a silver-coated nylon contact surface and including Noble's Silverseal products;

2. Sales, supply and/or distribution agreement(s) between Noble and other entities including Derma for wound dressings having a silver-coated nylon contact surface and including Noble's Silverseal products;

3. Noble's records identifying all of its customers for wound dressings having a silver-coated nylon contact surface and including Noble's Silverseal products;

4. Noble's sales records and profitability reports for any of its wound dressings having a silver-coated nylon contact surface and including Noble's Silverseal products;

5. Sales tracing information received by Noble or Derma from any regional or national distributors for wound dressings having a silver-coated nylon contact surface and including Noble's Silverseal products;

6. Sales, supply and/or distribution Agreement(s) between Derma and other entities including Noble, Premier Purchasing Partners, Cardinal Health, Brooke Army Medical Center, U.S. Department of Defense, U.S. Department of

Veterans Administration for wound dressings having a silver-coated nylon contact surface and including Noble's Silverseal products;

7. Any DAPA agreement, naming Noble or Derma, for wound dressings having a silver-coated nylon contact surface and including Noble's Silverseal products; and

8. Derma's records identifying all of its customers for wound dressings having a silver-coated nylon contact surface and including Noble's Silverseal products.

D. Any business insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse payments made to satisfy the judgment:

Not applicable.

Argentum reserves the right to supplement this disclosure pursuant to Fed. R. Civ. P. 26(a)(1) and Fed. R. Civ. P. 26(e).

Respectfully submitted,


/s/ Joseph A. Fuchs
KEITH V. ROCKEY
KATHLEEN A. LYONS
JOSEPH A. FUCHS
AVANI MACALUSO
  Rockey, Depke & Lyons, LLC
  Sears Tower, Suite 5450
  233 South Wacker Drive
  Chicago, Illinois 60606
  Telephone: 312-277-2006

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2008, true and correct copies of the RULE 26(a)(1) DISCLOSURES OF ARGENTUM MEDICAL, LLC. were served by e-mail on the following attorneys for Defendants:

        Martin L. Stern
        Arthur Gollwitzer III
        Christopher Parker
        MICHAEL BEST & FRIEDRICH LLP
        Two Prudential Plaza
        180 North Stetson Ave., Ste 2000
        Chicago, IL 60601

        Lori S. Nugent
        Josh M. Kantrow
        COZEN O'CONNOR
        222 S. Riverside Plaza
        Suite 1500
        Chicago, IL 60606

        /s/ Joseph A. Fuchs
        One of Plaintiff's Counsel