AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

Argentum Medical, LLC

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Noble Biomaterials and Derma Sciences, Inc.

CASE NUMBER: 07 CV 6769

ASSIGNED JUDGE: Lindberg

V. THIRD PARTY DEFENDANT

Noble Fiber Technologies, LLC

DESIGNATED MAGISTRATE JUDGE: Cole

To: Name and address of Third Party Defendant

Noble Fiber Technologies, LLC
300 Palm Street
Scranton, PA

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph A. Fuchs
Rockey, Depke & Lyons, LLC
233 S. Wacker Drive, Ste 5450
Chicago, IL 60606

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Arthur Gollwitzer III
Michael Best & Friedrich LLP
180 N. Stetson Ave., Ste 2000
Chicago, IL 60601

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

J. Cervantes
(By) DEPUTY CLERK

MAY 2 8 2008
DATE

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/3/08 @ 1:30 PM |
| NAME OF SERVER (PRINT) RAYMOND TELNOCK | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE - UPON JOAN CIRUP, OFFICE MANAGER

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

Executed on  6/3/08
Date

Signature of Server

640 W. SHAWNEE AVE. PLYMOUTH PA 18651
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.