Exhibit "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARGENTUM MEDICAL, LLC, | : | No. 3:07 cv 6769 |
| Plaintiff, | : | Hon. George W. Lindberg |
| v. | : | Magistrate Judge Jeffrey Cole |
| NOBLE BIOMATERIALS, and DERMA SCIENCES, INC., | : | |
| Defendants. | : | |

### VERIFICATION OF ROBERT TAYLOR IN SUPPORT OF DEFENDANT NOBLE BIOMATERIALS, INC.'S MOTION TO DISMISS

Robert Taylor hereby verifies as follows:

1. I am employed as a sales representative with Medico-Mart, Inc. ("Medico").

2. Medico is in the business of supplying physician offices with laboratory, medical and surgical supplies and pharmaceuticals. It maintains an office at 2323 Corporate Drive, Waukesha, Wisconsin, 53189.

3. Medico has ordered SILVERSEAL® wound dressings from Noble Biomaterials, Inc. on a few occasions.

4. I am the sales representative at Medico responsible for the sale of these products.

5. Based upon my own knowledge, ancd confirmed by a review of Medico's sales records, these products were not sold or offered for sale in Illinois. Rather, all SILVERSEAL®

wound dressings Medico purchased were sold to a health care facility in Milwaukee, Wisconsin.

> I verify under the penalties of perjury that the foregoing is true and correct
> Dated June , 2008
>
> _____
> ROBERT TAYLOR

2