Exhibit "2"

Case 1:07-cv-06769   Document 70-3   Filed 06/11/2008   Page 1 of 2

SAVPRINT INDUSTRIES                                                                    Date: 04/02/08
                                                                                       Time: 11:32:17

| Eff Date | Item Number | Description | Qty Shipped C | Unit Price | Extended Price | Extended Margin | %Margin |
|---|---|---|---|---|---|---|---|
| 720 03/19/08 | SS-TWD-0425 | SS-TWD-0425 | | | | | |
| 314552 02/16/06 | SS-TWD-0625 | SS-TWD-0625 | | | | | |
| 4321646 04/26/06 | SS-TWD-0625 | SS-TWD-0625 | | | | | |
| 4326489 06/21/06 | SS-TWD-0625 | SS-TWD-0625 | | | | | |
| 4359774 07/24/07 | SS-TWD-0625 | SS-TWD-0625 | | | | | |
| 4369760 11/21/07 | SS-TWD-0625 | SS-TWD-0625 | | | | | |
| 4375646 02/07/08 | SS-TWD-0625 | SS-TWD-0625 | | | | | |
| 4380234 03/25/08 | SS-TWD-0625 | SS-TWD-0625 | | | | | |

                                    Customer Total:

Customer: LIF101    Lifecare Technology Inc.
4345354 02/02/07 SS-HYG-0404       SS-HYG-0404

                                    Customer Total:

Customer: LYM100    Lymphedema Products LLC
4358716 07/13/07 SS-TWD-0225       SS-TWD-0225
4366929 10/19/07 SS-TWD-0225       SS-TWD-0225
4355811 06/08/07 SS-TWD-0325       SS-TWD-0325
4359067 07/17/07 SS-TWD-0325       SS-TWD-0325
4366930 10/19/07 SS-TWD-0325       SS-TWD-0325
4355812 06/08/07 SS-TWD-0425       SS-TWD-0425
4359068 07/17/07 SS-TWD-0425       SS-TWD-0425
4366931 10/19/07 SS-TWD-0425       SS-TWD-0425
4369773 11/21/07 SS-TWD-0425       SS-TWD-0425
4373539 01/11/08 SS-TWD-0425       SS-TWD-0425
4355813 06/08/07 SS-TWD-0625       SS-TWD-0625
4359069 07/17/07 SS-TWD-0625       SS-TWD-0625
4366932 10/19/07 SS-TWD-0625       SS-TWD-0625
4373540 01/11/08 SURCHARGE         Less than Minimum

                                    Customer Total:

Customer: MMA100    Medical Marketing Associates
4314115 02/10/06 SS-HCD-0404       SS-HCD-0404

                                    Customer Total:

Customer: MED100    Medico-Mart, Inc.
4340409 11/29/06 SS-WCD-0404       SS-WCD-0404
4345356 02/02/07 SS-WCD-0404       SS-WCD-0404
4365876 10/04/07 SS-WCD-0404       SS-WCD-0404
4377739 02/26/08 SS-WCD-0404       SS-WCD-0404

                                    Customer Total:


REDACTED