Exhibit "3"

**From:** Pacaro, Julie Merritt
**Sent:** Monday, April 21, 2008 2:13 PM
**To:** 'Joseph Fuchs'; 'agollwitzer@michaelbest.com'
**Cc:** Hayes, Robert
**Subject:** Available dates for keane deposition
**Importance:** High

Joe and Arthur,

**We Have Many Available Dates for Mr. Keane's Deposition.**

We can produce Mr. Keane for deposition anytime on:

April 24th, April 25th, April 28th, April 30th, or May 2nd in Scranton, PA.

We can also produce Mr. Keane on:
April 29th at 3 pm in Philadelphia, PA.

Please let us know what date and time works for you both, and we will schedule the event accordingly. Thanks.

Sincerely,

Julie Merritt Pacaro, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-5548
Fax: (215) 701-2302
E-mail: jpacaro@cozen.com