# United States District Court

## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Argentum Medical, LLC | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6769 |
| Noble Biomaterials, et al. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this action is transferred to the Middle District of Pennsylvania.

Michael W. Dobbins, Clerk of Court

Date: 6/23/2008

/s/ Sandra L. Brooks, Deputy Clerk