

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

July 8, 2008

Mary E. D'Andrea, Clerk
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

RE: Argentum Medical, LLC v. Noble Biomaterials et al
Case No:07-cv-06769

Dear Clerk:

Pursuant to the order entered by Judge Honorable George W. Lindberg, on June 23, 2008, the above record

- ■   was electronically transmitted to   Middle District of Pennsylvania

- ■   The following paper documents are being transferred to the court by certified mail. Document numbers: 1
     Article No. 7006 0100 0001 7313 4047

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   /s/ Enjoli Fletcher
      Deputy Clerk

Enclosures

New Case No. _____   Date _____

cc:   Non-ECF Attorneys and Pro se Parties